**Electronically Filed
Supreme Court
SCWC-16-0000003
05-MAY-2020
09:11 AM**

SCWC-16-0000003

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

LARRY IKIMAKA, Petitioner/Defendant-Appellant/Cross-Appellee,
LIANE HENDERSON, CHERI NUMAZAWA,
Respondents/Defendants-Appellees/Cross-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000003, CR. NO. 14-1-0306)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant/Cross-Appellee Larry Ikimaka's application for writ of certiorari filed on March 23, 2020 is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 5, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

